# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                Plaintiff,

v.

JABOREE WILLIAMS,

                Defendant.

Case No. 16-CR-111-JPS

**ORDER**

      This case was initiated by criminal complaint on June 24, 2016. (Docket #1). The grand jury returned an indictment against Defendant on July 12, 2016. (Docket #21). Because Defendant had a falling out with the first attorney appointed to represent him, pretrial proceedings were delayed, and the Court did not issue a trial scheduling order until October 3, 2016. (Docket #42). In that order, the Court set trial in this matter to begin on January 23, 2017. *Id.* at 1.

      Thereafter, on December 13, 2016, the grand jury returned a superseding indictment against Defendant. (Docket #62). The Court therefore pushed back its trial schedule significantly, setting a final pretrial conference for April 18, 2017, and scheduling the trial to begin on April 24, 2017. *See* Dec. 21, 2016 Notice of Hearings. On January 24, 2017, after disagreements arose between Defendant and his second appointed lawyer, the court appointed him new counsel. (Docket #77 and #78).

      Before the Court is Defendant's unopposed motion to adjourn the final pretrial conference and trial in this matter. (Docket #89).[1] Defense counsel claims that in light of his recent appointment, he will need more time than is currently left in the trial schedule in order to review the evidence and

---

[1] It should be noted at the outset that Defendant is mistaken as to the relevant dates. He states that the final pretrial conference is scheduled for March 28, 2017, and the trial for April 3, 2017, (Docket #93 at 1), but neither date is accurate.

prepare for trial. *Id.* at 1–2. Defendant also reports that he is currently considering an offer from the government for a pretrial disposition of the case. *Id.* at 2. Defendant does not propose any dates to which the trial and final pretrial conference should be moved; he simply wants them vacated. *See id.*

The Court will deny the motion. This matter has been pending since June 2016 and is due a resolution. While the Court appreciates the demanding task defense counsel faces in getting up to speed with his client's case, the Court does not see Defendant's continued dissatisfaction with each of his appointed lawyers as sufficient reason to delay the trial further. Nor is it acceptable for the Court to simply vacate the remaining hearings and the trial for some indefinite period while Defendant prepares his defense. The Court set the operative schedule back in mid-December 2016, and pretrial preparation should have proceeded apace from that time.

Accordingly,

**IT IS ORDERED** that Defendant's motion to adjourn the final pretrial conference and jury trial (Docket #93) be and the same is hereby **DENIED**. All of the remaining pretrial deadlines, hearings, and the trial date remain in effect.

Dated at Milwaukee, Wisconsin, this 24th day of March, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge